VOYAGE #: VR20100404007
VOYAGE DATE 04-APR-2010

| Last Name | First Name | Booking | Seq | Cabin | Accepted by Last Name | Accepted by First Name | E/P | Date/Time | No Show |
|---|---|---|---|---|---|---|---|---|---|
| BELIK | MICHAEL | 80FR74 | 210 | 7441 | BELIK | MICHAEL | E | 25-MAR-10 17:33 | |