UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 11-21136-CIV-ALTONAGA/SIMONTON

AT LAW AND IN ADMIRALTY

MICHAEL BELIK,

    Plaintiff,

vs.

CARLSON TRAVEL GROUP, INC.
d/b/a SINGLESCRUISE.COM;
TRAVEL LEADERS LEISURE GROUP, LLC.;
TRAVEL LEADERS GROUP, LLC.;
CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE; OPERADORA
ANDERSON S.A. de C.V. d/b/a GRUPO
ANDERSONS; PALANGANA S.A. de C.V. ½
SENOR FROGS d/b/a SENOR FROGS;
GRUPO NOGALERO, S.A. de C.V. CARLOS N CHARLIES
d/b/a CARLOS N CHARLIES; and
CHARLIES MIAMI, LLC., d/b/a
CARLOS N CHARLIES,

    Defendants
_____/

## PLAINTIFF'S INITIAL DISCLOSURES

The PLAINTIFF, MICHAEL BELIK, by and through her undersigned counsel and pursuant to Local Rule 16.1 of the Southern District of Florida and Federal Rule of Civil Procedure 26(A)(1) hereby provides his **INITIAL DISCLOSURES** as follows:

**A. Information required by Fed. R. Civ. P. 26 (a) 1 (A)**

    **Individuals likely to have discoverable information to refute the allegations made by Plaintiff in her complaint**:

    1. Michael Belik
       53-17 244 Street
       Douglaston, NY 11362

1

      P: 718-428-0684

2.  Irene Belik
    53-17 244 Street
    Douglaston, NY 11362
    P: 718-428-0684
    Mother/Before and After Witness

3.  Yuri Belik
    53-17 244 Street
    Douglaston, NY 11362
    P: 718-428-0684
    Father/Before and After Witness

4.  Liliya Belik
    53-17 244 Street
    Douglaston, NY 11362
    P: 718-428-0684
    Sister/Before and After Witness

5.  William Helm
    120-10 85TH Avenue, Apt 6H
    Kew Gardens, New York 11415
    P: 347-4597839
    Eye Witness/Before and After Witness

6.  Lara Talt
    Park Central
    3300 191 Street, Unit 1109
    Aventura, Florida 33180
    P: 305-467-4570
    Eye Witness/Before and After Witness

7.  Natalie Pietromonaco
    4302 Rue de Naples
    Montreal, Quebec H1S1G7
    C: 514-826-5864
    Eye Witness/Before and After Witness

8.  Edie Meadows, Crew Member
    P: 305-801-0416
    Carnival *Valor*

1.  Any and all <u>MEDICAL CARE PROVIDERS</u> (including but not limited to all doctors, nurses, physical therapists, vocational therapists, occupational therapists, hospitals, clinics and any and all medical facilities, who have examined or have provided services or treatment to the Plaintiff at any time including), and the

RECORDS CUSTODIANS for such personnel and facilities, including but not limited to the following:

**All treating physicians and other health care professionals who have treated, cared for, examined, or tested the Plaintiff are experts and will provide opinions on diagnosis, prognosis, causati bon, future medical care required or indicated, the cost of future medical care, the cost of past medical care, the necessity and reasonableness of past medical care, and disability and impairments.**

a.  Medica San Miguel – Hospital (Cozumel)
    Calle 6 Nte. No. 132 etre 5ª. Y 10ª AVS
    Col. Centro Cozumel. Q. Roo C.P. 77600
    P: 987-872-01-03
    (Bate Stamp 1 – 7)

b.  Dr. Alejandro Cruz, Treating Physician
    Medical San Miguel – Hospital
    Calle 6 Nte. No. 132 etre 5ª. Y 10ª AVS
    Col. Centro Cozumel. Q. Roo C.P. 77600
    Internist while at Medica San Miguel – Hospital (Bate Stamp 3)

c.  Dr. Debora Santana, Treating Physician
    Medical San Miguel – Hospital
    Calle 6 Nte. No. 132 etre 5ª. Y 10ª AVS
    Col. Centro Cozumel. Q. Roo C.P. 77600
    Medical Coordinator while at Medica San Miguel – Hospital (Bate Stamp 3)

d.  Bellevue Hospital Center
    462 First Avenue, Room GE 7
    New York, NY 10016
    P: 212-526-1000
    (Bate Stamp 1 - 638)

e.  Dr. Erick C. Parker, Treating Physician
    Bellevue Hospital Center
    462 First Avenue, Room GE 7
    New York, NY 10016
    P: 212-526-1000
    Treating Physician at Bellevue Hospital Center. (Bate Stamp 2)

f.  Dr. Stephen M. Russell, Treating Physician
    Bellevue Hospital Center
    462 First Avenue, Room GE 7
    New York, NY 10016
    P: 212-526-1000

        Treating Physician from Bellevue Hospital Center. (Bate Stamp 2; 119-126; 130 – 158; 168 – 173; 177 – 180; 190 – 226; 236 – 252; 260 -264; 268 – 272; 287 – 300; 303 – 317; 330 – 344; 350 – 353; 363 – 377; 383 – 394; 406 – 419; 427 – 428; 430 – 439; 441 – 449; 462 – 469; 480 – 493; 495 – 500; 504 – 515; 522 – 535; 634 - 635)

  g.    Emily Moy, PT
        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Physical therapist at Bellevue Hospital Center. (Bate Stamp 26)

  h.    Dr. Erik Parker, Treating Physician
        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Surgeon at Bellevue Hospital Center. (Bate Stamp 30 - 41)

  i.    Dr. Amita Kamath, Treating Physician
        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Physician that read radiology report of the Lumbar Spine taken on April 10, 2010 (Bate Stamp 42)

  j.    Dr. Genevieve Nguyen Abbey, Treating Physician
        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Physician that read radiology report of the Thoracic Spine dated April 10, 2010 and Chest dated April 24, 2010 and April 25, 2010 (Bate Stamp 43; 404; 421)

  k.    Dr. Elliott R. Beranbaum, Treating Physician
        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Physician that read radiology report of the Cervical Spine taken on April 10, 2010 and Chest taken on April 14, 2010; April 15, 2010; April 20, 2010; April 21, 2010; April 22, 2010; April 23, 2010; April 24, 2010; April 28, 2011; April 29, 2011; April 30, 2010; May 1, 2010;  May 2, 2010 and June 5, 2010 (Bate Stamp 44 – 45; 46; 273; 285; 380; 381; 395 – 396; 401; 405; 461; 494; 501 – 503; 577)

l. Neitha Parker-Cleveland, LMSW, Social Worker
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Social Worker from Bellevue Hospital Center (Bate Stamp 103 – 104; 402 - 403)

m. Kerriann Herbert, RD, Nutritionist
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Nutritionist provided by Bellevue Hospital Center (Bate Stamp 103 – 104; 402 - 403)

n. Dr. Elaine Fajardo, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Critical Care Physician at Bellevue Hospital Center (Bate Stamp 103 – 104; 402 - 403)

o. Dr. Kenneth I. Berger, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Critical Care Physician at Bellevue Hospital Center (Bate Stamp 103 – 104; 402 - 403)

p. Dr. Rena McDermott, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Infectious Disease Physician at Bellevue Hospital Center. (Bate Stamp 103 – 104)

q. Dr. Meagan O'Brien, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Infectious Disease Physician at Bellevue Hospital Center. (Bate Stamp 103 – 104)

r.         Dr. Sharon L. Karmon, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Infectious Disease Physician at Bellevue Hospital Center. (Bate Stamp 402 - 403)

s.         Dr. Harold Horowitz, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Infectious Disease Physician at Bellevue Hospital Center. (Bate Stamp 402 - 403)

t.         Dr. Kelly Brogan, Treating Psychiatrist
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Psychiatrist at Bellevue Hospital Center. (Bate Stamp 103 – 104; 402 - 403)

u.         Dr. Corey Hunter, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Rehabilitation Physician at Bellevue Hospital Center. (Bate Stamp 103 – 104; 402 - 403)

v.         Dr. Ryul Kim , Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Rehabilitation Physician at Bellevue Hospital Center. (Bate Stamp 402 - 403)

w.        Dr. Mark Ragucci
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000

        Treating Physician from Bellevue Hospital Center. (Bate Stamp 127 – 129; 265 – 267; 581 – 588; 536 – 545; 547 – 560; 563 – 576; 581 – 588; 590 – 605; 608 - 633)

x.    Dr. Joshua Becker, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Physician that read radiology report of Chest dated April 11, 2010; April 16, 2010; April 17, 2010 and April 18, 2010 and Cervical Spine dated April 11, 2010 (Bate Stamp 174 – 175; 301; 318 – 320; 328)

y.    Dr. Adam J. Davis, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Physician that read radiology report of Cervical Spine dated April 11, 2010. (Bate Stamp 176)

z.    Dr. Sandra Moore, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Physician that read radiology report of Modified Barium Swallow Function Test dated July 12, 2010. (Bate Stamp 606)

aa.    Dr. Jeffrey V. Chapnick, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Physician that read radiology report of Chest dated June 30, 2010 and Modified Barium Swallow Test dated May 12, 2010 and July 12, 2010. (Bate Stamp 546; 562; 589; 607)

bb.    Dr. Melvin H. Becker, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Physician that read radiology report of Chest dated April 12, 2010; April 13, 2010; April 14, 2010 and April 28, 2010; and Cervical Spine dated April 26, 2010. (Bate Stamp 227 – 228; 254; 275; 450; 470)

cc.    Dr. Steven Pulitzer, Treating Physician

        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Physician that read radiology report of Cervical Spine dated April 26, 2010 and Lower Extremity dated April 26, 2010. (Bate Stamp 451 - 452)

dd.    Dr. Any Melsaether, Treating Physician
        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Physician that read radiology report of Venogram, PICC Venography Catheter, and Chest dated April 12, 2010. (Bate Stamp 229 – 233)

ee.    Dr. James Walsh, Treating Physician
        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Physician that read radiology report of Vena Cava Filter dated April 12, 2010. (Bate Stamp 234)

ff.    Dr. Richard Thomas Bergeron, Treating Physician
        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Physician that read radiology report of Chest dated April 13, 2010; April 15, 2010 and May 3, 2010 and Foreign Body Retrieval dated June 17, 2010. (Bate Stamp253; 286; 519; 579)

gg.    Dr. Richard D. Kittredge, Treating Physician
        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Physician that read radiology report of Chest dated April 19, 2010. (Bate Stamp 346)

hh.    Dr. Muneer Eesa, Treating Physician
        Bellevue Hospital Center
        462 First Avenue, Room GE 7
        New York, NY 10016
        P: 212-526-1000
        Physician that read radiology report of Percutaneous Gastrostomy dated April 20, 2010 and Chest dated April 24, 2010. (Bate Stamp 362)

ii. Dr. Michael Tobin, Treating Physician
Bellevue Hospital Center
462 First Avenue, Room GE 7
New York, NY 10016
P: 212-526-1000
Physician that read radiology report of Percutaneous Gastrostomy dated April 20, 2010. (Bate Stamp 346; 378)

jj. Long Island Jewish Medical Center
270-05 76th Avenue
New Hyde Park, NY 11040
P: 718-470-7700
(Bate Stamp 1 – 28)

kk. Dr. Lynn Matthew
Long Island Jewish Medical Center
270-05 76th Avenue
New Hyde Park, NY 11040
P: 718-470-7700

ll. Dr. Billie Xia
Long Island Jewish Medical Center
270-05 76th Avenue
New Hyde Park, NY 11040
P: 718-470-7700

mm. Dr. Michael J. Locurto
Long Island Jewish Medical Center
270-05 76th Avenue
New Hyde Park, NY 11040
P: 718-470-7700

nn. Visiting Nurse Service of New York
75-20 Astoria Blvd., Suite 220
Flushing, NY 11369
P: 718-888-6633
(Bate Stamp 1 – 276)

oo. Christine Stuart, PT
Visiting Nurse Service of New York
75-20 Astoria Blvd., Suite 220
Flushing, NY 11369
P: 718-888-6633

pp. Dominick Patrizi, OT
Visiting Nurse Service of New York
75-20 Astoria Blvd., Suite 220
Flushing, NY 11369

                P: 718-888-6633

    qq.    Linda Weinper-Nazryan, Social Worker
            Visiting Nurse Service of New York
            75-20 Astoria Blvd., Suite 220
            Flushing, NY 11369
            P: 718-888-6633

    rr.    Marychu Sanchez Quibir, RN
            Visiting Nurse Service of New York
            75-20 Astoria Blvd., Suite 220
            Flushing, NY 11369
            P: 718-888-6633

    ss.    Joshua Alan Sokal, RN
            Visiting Nurse Service of New York
            75-20 Astoria Blvd., Suite 220
            Flushing, NY 11369
            P: 718-888-6633

2. Records Custodians of the Defendants.

3. Corporate Representatives of the Defendants including but not limited to those produced by the Defendants for deposition pursuant to Fla. R. Civ. P. 1.310 (b)(6).

4. All witnesses listed or referenced in any Emergency Medical Treatment Reports, Fire Rescue Reports, Police Reports, and/or reports of other law enforcement, regulatory, and/or governmental agencies.

5. Medical illustrators including but not limited to:

    Jennifer McCormick, Expert
    Medical Illustrator
    Art for Law & Medicine, Inc.
    5116 Spiral Wood Drive
    Clemmons, NC  27012

6. John Fletemeyer, Expert
    909 Cordova Road
    Ft. Lauderdale, Florida 33316
    P: 954-463-9000

7. Major Mark Willingham, Expert
    Alcohol Solutions LLC
    4839 Mariners Pint Drive
    Jacksonville, Florida 32225
    P: 904-707-4400

8.  David Bolton, Expert
    Bolton Investigations, Inc.
    124 Cadima Avenue
    Coral Gables, Florida 33134
    P: 305-447-0888

9.  All personnel listed or referenced in any Emergency Medical Treatment Reports, Fire Rescue Reports, Police Reports, and/or reports of other law enforcement, regulatory, and/or governmental agencies.

10. All witnesses previously listed by the Plaintiffs in any Preliminary Witness Lists, Expert Witness Lists or Disclosures, and/or in any other witness lists in this case.

11. All witnesses listed by other parties in this action.

12. All rebuttal witnesses.

13. All impeachment witnesses.

14. All witnesses referred to in the Complaint, Answer to the Complaint, depositions, Exhibits to Depositions, Interrogatory Answers, Responses to Request for Admissions, Responses to Requests to Produce, documents produced by any party to this action, and correspondence between counsel in this case.

15. Discovery and investigation are ongoing. The Plaintiff reserves the right to amend this list.

**B. Information Required by Fed. R. Civ. P. 26 (a) 1 (B):**

**Description of documents that are in the possession of the Plaintiff, the University, or third parties, and which will support the allegations of the complaint:**

1.  Passenger Ticket.

2.  Brochures of the subject cruise.

3.  Photos of the subject accident scene.

4.  Photos of the subject vessel.

5.  Accident report created by cruise line.

6.  Accident report created by SINGLESCRUISE.

7.  Accident report created by SENOR FROGS.

8.  SINGLESCRUISE.COM's website including but not limited to Tour #5 Cozumel Beach Party, Shore Excursion Programs, About Us, Frequently Asked Questions,

        All About SinglesCruise.com, General Cruise Questions, and Now That You're Booked information.

9. SINGLESCRUISE.COM's description of their shore excursion programs.

10. SINGLESCRUISE.COM's fictitious name from Sunbiz.org.

11. SENOR FROGS's press release from December 6, 2005.

12. SENOR FROG's website including but not limited to Press Release, Description of Restaurant, Company Profile, Contact Details, Interactive Locator, Boutiques, Photos, Directions, Group Sales, Survey, Carlos 'n Charlie's.

13. Carnival Cruise Line's website including but not limited to Carnival *Valor*: description, Cabin Rates, Carnival Frequently Asked Questions, Shore Excursions.

14. Any and all statements made by either of the Plaintiff at any time.  This includes but is not limited to statements which are written, typed, videotaped, and/or audio-recorded.

15. Medical Bills from Visiting Nurse Service of New York (Bate Stamp 1 – 17)

16. Medical Bills from Bellevue Hospital Center (Bate Stamp 1 – 3)

17. Medical Bills from Long Island Jewish Medical Center (Bate Stamp 1 – 3)

18. Medical Records from Medica San Miguel Clinica – Hospital (Cozumel) (Bate Stamp 1 – 7)

19. Medical Records from Bellevue Hospital Center (Bate Stamp 1 – 638)

20. Medical Records from Visiting Nurse Service of New York (Bate Stamp 1 – 276)

21. Medical Records from Long Island Jewish Medical Center (Bate Stamp 1 – 28)

22. Any and all **MEDICAL BILLS** and **MEDICAL RECORDS** (including but not limited to office notes; doctor's and other reports; admission forms; discharge summaries; nurse's notes; doctor's orders; lab results; physical therapy notes; surgery notes; x-ray films; MRI films; CT scan films; bone scan films; films, strips and printouts from other diagnostic studies) of or generated by any and all hospitals, clinics, physicians, and any and all other medical care providers of the Plaintiff.

23. Correspondence to and from group health providers, Medicare, Medicaid, and any other third parties who claim liens on the recoveries in payment of medical expenses.

24. Reports of Emergency Medical Treatment (EMT), Fire Rescue, and/or Police and other law enforcement, regulatory, and/or governmental agencies.

25. Any and all reports, records, and files of **medical and non-medical experts** including but not limited to notes, charts, graphs, diagrams, illustrations, photographs, videos, models, and samples.

26. C.V.'s of all experts.  This includes medical and non-medical experts.

12. Publications of experts of the Defendants.

13. Reports of and notices from investigative agencies including police, U.S. Coast Guard, NTSB, OSHA, and the U.S. Public Health Service.

14. Photos of the Plaintiff taken before the accident.

15. Photos of the Plaintiff taken after the accident.

16. Photos provided by Natalie Pietromonaco.

17. Trophies, photos, certificates, awards, membership cards, correspondence, and any and all documents and items which show, indicate, or refer to the activities and/or hobbies of the Plaintiff.

17. Photos, diagrams, drawings, charts, graphs, diagrams, illustrations, videos, animations, and samples, and any other **reproductions of the accident.**

18. Photos, diagrams, drawings, charts, graphs, diagrams, illustrations, videos, animations, and samples, and any other reproductions of the **accident scene.**

19. Photos, diagrams, drawings, charts, graphs, diagrams, illustrations, videos, animations, and samples, and any other reproductions of the **subject hospitals or medical facilities.**

20. Photos, diagrams, drawings, charts, graphs, diagrams, illustrations, videos, animations, and samples, and any other reproductions of the injuries of the **Plaintiff, surgeries, medical care and/or treatment rendered to the Plaintiff.**

21. Photos, diagrams, drawings, charts, graphs, diagrams, illustrations, videos, animations, and samples, and any other reproductions of the **Plaintiff from before the accident.**

22. Photos, diagrams, drawings, charts, graphs, diagrams, illustrations, videos, animations, and samples, and any other reproductions of the **Plaintiff at the accident scene.**

23. Photos, diagrams, drawings, charts, graphs, diagrams, illustrations, videos, animations, and samples, and any other reproductions of the **Plaintiff at anytime after the accident.**

24. Enlargements of photos, diagnostic films and medical tests and reports, diagrams, drawings, exhibits, depositions, and interrogatories.

25. Medical illustrations, and video and computer animations of medical illustrations and procedures.

26. Video and computer animations of the accident, and of the event or events which led to the accident, of the injuries, and of medical procedures and surgeries.

27. Mortality tables including but not limited to those listed in Vital Statistics of the United States, 1995 at www.cdc.gov/nchswww/ and at Florida Statutes annotated.

28. Tax returns of the Plaintiff(s). This includes but is not limited to Form 1040's; Form W-2's; and all attachments thereto.

29. Records of past income, wages, salaries, bonuses, OT, benefits, raises, promotions of the Plaintiffs.

30. Past employment records and files of the Plaintiffs.

31. Repair bills and repair estimates and appraisals for the motor vehicles involved in this accident.

33. All of the insurance policies which are at issue in this case. This includes the policies themselves, declarations Sheets, addenda, supplements, and riders thereto.

34. Statement of Liability Insurance.

36. Farmer's Almanac, NOAA, and USCG records of weather conditions, sunset, sundown, precipitation, wind, and tides for the approximate date and approximate place of the accident.

37. All applicable statutes, standards, regulations, and model codes including but not limited to: ASTM Standards (including ASTM Standard F 1637-95 "Standard Practice for Safe Walking Surfaces"); OSHA (Occupational Safety and Health Administration) Standards and regulations; ANSI (American National Standards Institute) standards, STCW (International Convention on Standards of Training, Certification, and Watchkeeping for Seafarers and the Seafarers Training, Certification and Watchkeeping Code), IMO (International Maritime Organization) guidelines and standards including but not limited to Guidelines on Fatigue and Labour Standards on Merchant Ships, and NVIC's (United States Coast Guard Navigational Vessel Inspection) Circulars, Code of Federal Register (CFR) sections, Florida Statute sections, United States Code sections, regulations of governmental agencies and trade organizations; National Fire Protection Association (NFPA) codes; Life Safety Code; Florida Fire Prevention Code; South Florida Building Code sections; Florida Building Code Sections; Standards Promulgated By The International Code Council, Including But Not Limited To The International Building Code And The International Mechanical Code; Americans with Disabilities Act Accessibility Guidelines; U.S.C.G Federal Requirements and Safety Tips for Recreational Boats, Boating Safety Circular 78, and Federal Requirements and Safety Tips for Recreational Boaters. ISM Codes as well as the Federal Statutes which enact the

      ISM Codes (including but not limited to 46 USC Sec. 3201 et. Seq.) and the Code of Federal Regulations which provide regulations on the ISM Code (Including but not limited to 33 CFR section 96.100 et.seq.), and all of the standards which should be taken into account under the ISM code regulation. This would include but is not limited to ASTM F1166-07 "Standard Practice for Human Engineering Design for Marine Systems, Equipment, and Facilities".

38. Ship's logs for the subject voyage including those for the date and time of the accident.

39. Passenger manifest for the subject voyage.

40. Crew manifest for the subject voyage.

41. Internal regulations which apply to crew members in reference to service of guests, which would have been in effect as of the date of the subject accident.

42. Job description of each and every crewmember whose responsibilities included maintaining, cleaning, or repairing the area where the subject accident happened as of the date of the subject accident.

43. Any and all criminal information, plea agreements, and documents related to any criminal conviction or plea of any defendant in this case.

44. Pages from the web site(s) of each Defendant in this case.

45. Pages from the web site(s) of each expert in this case.

46. Pages from the web site(s) of witnesses, hospitals, and medical care providers in this case.

47. Any and all exhibits listed by other parties in this action.

48. Any and all films and other data or evidence created by X-rays, CT scans, tomograms, MRI's, and any and all other diagnostic studies and any and all reports generated therefrom.

49. Any and all casts, canes, braces, belts, wraps, straps, immobilizing devices, crutches, walkers, and/or wheelchairs used at any time by the Plaintiff.

50. Any and all exhibits listed by other parties in this action.

51. Any and all rebuttal exhibits.

52. Any and all impeachment exhibits.

53. Any and all exhibits marked as an exhibit or referred to any Complaint, Answer, Reply or other Pleadings herein; depositions, interrogatories and answers thereto,

      requests for admissions and responses thereto, requests to produce and responses thereto; and letters or correspondence in this case.

54. Any and all depositions and all exhibits identified therein in this action, including but not limited to the depositions of the following:

    a. Defendants
    b. Expert Witnesses
    c. Plaintiff
    d. Witnesses

55. Any and all interrogatories and interrogatory answers thereto in this action.

56. Any and all documents requested by Plaintiffs or Defendants in this action.

57. Any and all request for admissions and responses thereto in this action.

58. Any and all documents produced by any party to any other party in this action.

59. Any and all documents produced by any nonparty in this action.

60. All applicable industry standards, statutes, rules, regulations, and building codes.

61. All exhibits previously listed by the Plaintiffs in any Preliminary Exhibit Lists or Disclosures, and/or in any other exhibit lists in this case.

62. Discovery and investigation are ongoing. The Plaintiff reserves the right to amend this list.

**C. Information required by Fed. R. Civ. P. 26 (a) 1 (C):**

  1. Compensatory damages including economic and non-economic;

    a. Non-economic damages; damages for emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, embarrassment, humiliation, disability and other non-pecuniary losses past and future;

    b. Economic damages, past and future; medical expenses, past and future; past lost wages; Loss of ability to earn income in the future;

  2. Such other relief which is just and appropriate.

**D. Disclosure required by Fed. R. Civ. P. 26 (a) 1 (D)**

**This disclosure is applicable to the Defendant, not to this party.**

Respectfully submitted,

   /s/John H. Hickey_____
JOHN H. HICKEY
E-Mail: hickey@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue, Suite 510
Miami, Florida 33131-3504
Telephone: (305) 371-8000
Facsimile: (305) 371-3542

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John H. Hickey_____

## SERVICE LIST
### Hill v. Celebrity Cruises, Inc.
### Case No. 09-23815-Civ-MORENO/TORRES
### United States District Court, Southern District of Florida

| | |
|---|---|
| John H. Hickey, Esq.<br>hickey@hickeylawfirm.com<br>HICKEY LAW FIRM, P.A.<br>1401 Brickell Avenue<br>Miami, FL 33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br>*Attorney for Plaintiff*<br>Service by Notice of Electronic Filing | Leah Martinez, Esq.<br>lmartinez@mletrial.com<br>MASE LARA EVERSOLE, P.A.<br>2601 South Bayshore Drive, Suite 800, Miami Fl 33133<br>Tel: (305) 377-3770<br>Fax: (305) 377 0080<br>*Attorneys for Defendant*<br>Service by Notice of Electronic Filing |