UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21136-CIV-ALTONAGA/Simonton

**MICHAEL BELIK**,

    Plaintiff,
vs.

**CARLSON TRAVEL GROUP, INC.**
d/b/a **SINGLECRUISE.COM**, *et al.*,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On **May 10, 2011** [ECF No. 24], the Court ordered the parties to select a mediator certified under Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation in the form specified by Local Rule 16.2(h), **on or before May 30, 2011**. The time for compliance has passed and, to date, the parties have not selected a mediator, scheduled a time, date and place for mediation, or filed an order scheduling mediation. It is therefore

    **ORDERED AND ADJUDGED** that on or before **June 10, 2011**, the parties shall comply with the requirements of the May 10 Order. Failure to comply may result in dismissal without prejudice without further notice. The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the proposed order is be emailed to altonaga@flsd.uscourts.gov. in WordPerfect or Word format. The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

Case No. 11-21136-CIV-Altonaga

**DONE AND ORDERED** at Miami, Florida this 6th day of June, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record